No. 24-40533

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

ENERGY TRANSFER, L.P.; LA GRANGE ACQUISITION, L.P.,
*Plaintiffs-Appellees,*

v.

NATIONAL LABOR RELATIONS BOARD; JENNIFER A. ABRUZZO, IN HER OFFICIAL CAPACITY AS THE GENERAL COUNSEL OF THE NATIONAL LABOR RELATIONS BOARD; LAUREN M. MCFERRAN, IN HER OFFICIAL CAPACITY AS THE CHAIRMAN OF THE NATIONAL LABOR RELATIONS BOARD; MARVIN E. KAPLAN, GWYNNE A. WILCOX, AND DAVID M. PROUTY, IN THEIR OFFICIAL CAPACITIES AS BOARD MEMBERS OF THE NATIONAL LABOR RELATIONS BOARD; JOHN DOE, IN THEIR OFFICIAL CAPACITY AS AN ADMINISTRATIVE LAW JUDGE OF THE NATIONAL LABOR RELATIONS BOARD,
*Defendants-Appellants.*

_____

On Appeal from the United States District Court
for the Southern District of Texas
_____

**DEFENDANTS-APPELLANTS' PARTIALLY OPPOSED MOTION FOR EXTENSION OF TIME**
_____

| | |
|---|---|
| PAUL A. THOMAS<br>*Supervisory Attorney* | DAVID P. BOEHM<br>*Trial Attorney* |
| MICHAEL S. DALE<br>*Supervisory Attorney* | National Labor Relations Board<br>1015 Half Street SE, 4th Floor<br>Washington, DC 20003 |
| TYLER J. WIESE<br>*Senior Trial Attorney* | Telephone: (202) 793-1017<br>Facsimile: (202) 273-4244 |

1

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rules 27.4 and 31.4, Defendants-Appellants, the National Labor Relations Board; Jennifer Abruzzo, in her official capacity as the General Counsel of the National Labor Relations Board; Lauren M. McFerran, in her official capacity as the Chairman of the National Labor Relations Board; Marvin E. Kaplan, Gwynne A. Wilcox, and David M. Prouty, in their official capacities as Board Members of the National Labor Relations Board, and John Doe, in their official capacity as an Administrative Law Judge of the National Labor Relations Board ("Appellants"), respectfully move the Court for a 21-day extension of time—to October 28, 2024—to file their opening Brief. Plaintiffs-Appellees Energy Transfer, L.P. and La Grange Acquisition, L.P. ("Appellees") agree to a 7-day extension, but as explained below this is insufficient.

Appellants' partially opposed request for a Level 1 extension under Fifth Circuit Rule 31.4.3.1 is necessary because Appellants' counsel have numerous other litigation deadlines leading up to the existing October 7, 2024 briefing deadline, as well as other case exigencies that have interfered with Appellants' preparation of their brief:

- *Aguila Food Dist. LLC, v. NLRB*, (case number not available) (S.D. Tex., to be filed September 30, 2024) – opposition to TRO to enjoin agency hearing set for October 3, 2024.

2

- *Alivio Medical Center v. Abruzzo*, No. 24-50627 (N.D. Il.) – Rule 12 Motion/Answer due Nov. 8, 2024.

- *Amazon.com Services LLC v. NLRB*, No. 5:24-cv-01000 (W.D. Tex.) – motion to transfer venue filed on September 10, 2024; opposition to motion for preliminary injunction filed on September 19, 2024; oral argument on motions held on September 24, 2024.

- *Amazon.com Services LLC v. NLRB*, No. 24-50761 (5th Cir.) – opposition to emergency motion for an injunction pending appeal filed on September 29, 2024; expedited merits briefing schedule forthcoming. Further substantive motions may also be required.

- *Ascension Seton d/b/a Ascension Section Medical Center Austin v. NLRB,* No. 6:24-cv-485 (W.D. Tex.) – supervision of opposition to motion for preliminary injunction due October 3, 2024; motion to transfer filed September 27, 2024.

- *Associated Builders and Contractors of Mich. v. Abruzzo*, No. 23-1803 (6th Cir.) – appellee brief due October 16, 2024.

- *Burnett Specialists,* et al. *v. Abruzzo*, No. 23-40629 (5th Cir.) – oral argument scheduled for October 8, 2024.

- *HealthBridge Mgmt.*, et al., 34-CA-070823, et al. (NLRB) – answering brief to exceptions due on October 21, 2024.

- *Space Exploration Techs. Corp v. NLRB*, No. 24-50627 (5th Cir.) – Appellant's brief due October 28, 2024.

- *VHS Acquisition Subsidiary Number 7 v. NLRB*, No. 1:24-cv-02577-TNM (D.D.C.) – TRO hearing on September 10, 2024; supervision of opposition to motion for summary judgment October 4, 2024.

- *YAPP USA Automotive Systems, Inc. v. Abruzzo*, No. 2:24-cv-12173 (E.D. Mich.) – opposition to motion for injunction pending appeal filed September 9, 2024; motion for reconsideration filed on September 10, 2024.

- *YAPP USA Automotive Systems, Inc. v. Abruzzo*, No. 24-1754 (6th Cir.) – opposition to motion for injunction pending appeal filed on September 27, 2024.

Further, Appellants are preparing a motion to consolidate this matter with the following matters also pending before the Fifth Circuit:

- *Space Exploration Techs. Corp v. NLRB*, No. 24-50627 (5th Cir. docketed Aug. 1, 2024); and

- *Aunt Bertha v. NLRB*, No. 24-10855 (5th Cir. docketed Sept. 19, 2024).

The extension of time is sought in the interest of justice, not for delay, and no party will be prejudiced if the requested extension is granted.

For the foregoing reasons, Appellants respectfully request that the Court grant their motion for a 21-day extension of time and reset the due date for Appellants' opening brief to October 28, 2024.

Respectfully submitted,

/s/ Tyler Wiese
TYLER WIESE
*Senior Trial Attorney*
MN Bar No. 0392601
tyler.wiese@nlrb.gov

PAUL A. THOMAS
*Supervisory Attorney*
CA Bar No. 280445
paul.thomas@nlrb.gov

MICHAEL S. DALE
*Supervisory Attorney*
DC Bar No. 1658811
michael.dale@nlrb.gov

DAVID P. BOEHM
DC Bar No. 1033755
*Trial Attorney*
david.boehm@nlrb.gov


National Labor Relations Board
Contempt, Compliance and Special
Litigation Branch
1015 Half St. SE, 4th Floor
Washington, D.C. 20003
Telephone:  (952) 703-2891
Facsimile:   (202) 273-4244

Dated: September 30, 2024
      Washington, DC

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Partially-Opposed Motion for Extension of Time was filed electronically with the Court's CM/ECF system on September 30, 2024, which will send an electronic notice to all registered parties and counsel.

/s/ Tyler Wiese
TYLER WIESE
*Senior Trial Attorney*
(952) 703-2891
tyler.wiese@nlrb.gov

# CERTIFICATE OF COMPLIANCE

I certify that this document complies with the typeface, type-style, and length requirements in 5th Circuit Rule 27.4 and Federal Rules of Appellate Procedure 27(d)(1)-(2) because it is in 14-point Times New Roman font and contains 591 words, excluding the parts exempted by Federal Rules of Appellate Procedure 32(f).

        /s/ Tyler Wiese
        TYLER WIESE
        *Senior Trial Attorney*
        (952) 703-2891
        tyler.wiese@nlrb.gov